AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

2026 JUN -1 PM 12: 42

Bernard JeanPierre
_____
Petitioner

Antone Moniz    v. Andrea Joy Campbell
Todd M. Lyons
David T. Wesling
_____
Respondent

*(name of warden or authorized person having custody of petitioner)*

Case No. 244-640-355
_____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Bernard JeanPierre
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: Plymouth County Correctional Facility
    (b) Address: 26 Long Pond Road, Plymouth, Ma, 02360

    (c) Your identification number: 244-640-355

3.  Are you currently being held on orders by:
    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
           (a) Name and location of court that sentenced you: _____

           (b) Docket number of criminal case: _____
           (c) Date of sentencing: _____
    ☑ Being held on an immigration charge
    ☐ Other *(explain):* _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: 150 Apollo drive, Ste. 100, Chelmsford MA, 01824

(b) Docket number, case number, or opinion number: 244-640-355

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Immigration decided to hold me because I had a criminal case at the Brockton district court, when they give me a bail at the court my family bail me out and Immigration come and Detaine me Since then

(d) Date of the decision or action: 11/26/2025

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes        ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

     (a) If "Yes," provide:

          (1)  Name of the authority, agency, or court: _____

           _____

          (2)  Date of filing: _____

          (3)  Docket number, case number, or opinion number: _____

          (4)  Result: _____

          (5)  Date of result: _____

          (6)  Issues raised: _____

           _____

           _____

           _____

           _____

           _____

     (b)  If you answered "No," explain why you did not file a second appeal: _____

     _____

9.    **Third appeal**

     After the second appeal, did you file a third appeal to a higher authority, agency, or court?

     ☐ Yes          ☑ No

     (a) If "Yes," provide:

          (1)  Name of the authority, agency, or court: _____

           _____

          (2)  Date of filing: _____

          (3)  Docket number, case number, or opinion number: _____

          (4)  Result: _____

          (5)  Date of result: _____

          (6)  Issues raised: _____

           _____

           _____

           _____

           _____

           _____

     (b)  If you answered "No," explain why you did not file a third appeal: _____

     _____

10.    **Motion under 28 U.S.C. § 2255**

     In this petition, are you challenging the validity of your conviction or sentence as imposed?

     ☐ Yes          ☑ No

     If "Yes," answer the following:

     (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _11/26/2025_
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☑ Yes          ☐ No

Page 5 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _3/17/26_

(2) Case number: _A244-640-355_

(3) Result: _Pending_

(4) Date of result: _Pending_

(5) Issues raised: _In my BIA Appeal I ask the judges to grant me Asylum to stay in the united states, Because my country is unSafe for me and my family, The gangs in Haiti Control the Country you can't even go town to town without paying Ransom., This The Reason Why I want the Asylum to have a chance in life and Im Still young and able to be Succeful._

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: My Detention has become unconstitutionally prolonged and violates the Fifth Amendment of the Constitution.

(a) Supporting facts (Be brief. Do not cite cases or law.):

So far I have been locked up for Six months, They never offer me a Bond hearing, This is taking a big affect on my mental health, Because I never been locked up before, Im not eating well, The Showers in here are very Hot it burns my Skin, I only had one criminal case and it's Dismissed, I need help to come home and help my family in need..

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes    ☑ No

GROUND TWO:

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes    ☐ No

GROUND THREE:

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes    ☐ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes             ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do: order my Immediate Release From Detention, or, in the Alternative, order a Bond Hearing at which the government must prove by clear and convincing evidence that my Continued Detention is Necessary.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5, 28, 26

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

FILED
IN CLERKS OFFICE

2026 JUN -1  PM 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ADDENDUM
TO GROUND ONE:

I have been living in the united states of America for 1 year and 10 months, The whole time i been staying in the country i was living in a Appartment Building in Quincy Massachusetts, 995 southern artery appartment 311, All my documents is register to that address, I am a hard working person because since i came to the United States i started to work with a Construction company name "JAPE HOME SERVICES" I have been working with that company for one year and im still in contact with my boss he still have my position open for me this is his contact information, Jerry Jean Pierre, His phone number is 8572302258, he is also my blood brother, And on my spear time when im off, on the weekends i do Delivery for DOORDASH and UBER EATS. I am a tax paying citizen, That have a lot of support in the community. I can name a few of my family Members that are U.S CITICENS but I mostly get more support from my Older cousin who is a U.S MARINES and a U.S CITICEN also, His name is GLADJIMMY BAUVAIS, I also Have my Aunt who is a U.S CITICEN that support me as well her name is MONHA DOULLION, I have a great support system around me. I dont have no convictions in my records. I do my best to stay out of trouble and leave a regular life. Being in this jail enviroment it's not good for my mental health, it's taking a lot of energy from my body and my soul, I feel drain, Specially being in here we get no support, with counsel, my family contacts the Pro Bono lawyers nobody pick up their phones its like we are here in a lost world. My freedom is taking away from me now i have to be locked in a cell for 16 hours a day, And i only get to come out for 8 hours a day.

Date: 5, 28, 26

Signature: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   150 Apollo drive, Ste. 100, Chelmsford MA, 01824

(b) Docket number, case number, or opinion number:   244-640-355

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

Immigration decided to hold me because I had a Criminal Case at the Brocton district Court, when they give me a bail at the Court my family bail me out and Immigration Come and Detaine me Since then

(d) Date of the decision or action:   11/26/2025

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: *11/26/2025*

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: 3/17/26

(2) Case number: A244-640-355

(3) Result: Pending

(4) Date of result: Pending

(5) Issues raised: In my BIA Appeal I ask the Judges to grant me Asylum to stay in the united states. Because my country is unsafe for me and my family. The gangs in Haiti control the country you can't even go town to town without paying Ransom. This The Reason why I want the Asylum to have a chance in life and I'm still young and able to be Succesful.

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My Detention has become unconstitutionally prolonged and violates the Fifth Amendment of the constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

So far I have been locked up for Six months. They never offer me a Bond hearing. This is taking a big affect on my mental health, Because I never been locked up before, Im not eating well, The Showers in here are very Hot it burns my Skin, I only had one criminal Case and it's Dismissed, I need help to come home and help my family in need..

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☑ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: Order my Immediate Release From
Detention, or, in the Alternative, order a Bond Hearing at which
the goverment must prove by clear and convincing evidence that my
Continued Detention is Necessary.

_____

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5, 28, 26

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9 of 9

FILED
IN CLERKS OFFICE

2026 JUN -1 PM 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ADDENDUM
TO GROUND ONE:

I have been living in the united states of America for 1 year and 10 months, The whole time i been staying in the country i was living in a Appartment Building in Quincy Massachusetts, 995 southern artery appartment 311, All my documents is register to that address, I am a hard working person because since i came to the United States i started to work with a Construction company name "JAPE HOME SERVICES" I have been working with that company for one year and im still in contact with my boss he still have my position open for me this is his contact information, Jerry Jean Pierre, His phone number is 8572302258, he is also my blood brother, And on my spear time when im off, on the weekends i do Delivery for DOORDASH and UBER EATS. I am a tax paying citizen, That have a lot of support in the community. I can name a few of my family Members that are U.S CITICENS but I mostly get more support from my Older cousin who is a U.S MARINES and a U.S CITICEN also, His name is GLADJIMMY BAUVAIS, I also Have my Aunt who is a U.S CITICEN that support me as well her name is MONHA DOULLION, I have a great support system around me. I dont have no convictions in my records. I do my best to stay out of trouble and leave a regular life. Being in this jail enviroment it's not good for my mental health, it's taking a lot of energy from my body and my soul, I feel drain, Specially being in here we get no support, with counsel, my family contacts the Pro Bono lawyers nobody pick up their phones its like we are here in a lost world. My freedom is taking away from me now i have to be locked in a cell for 16 hours a day, And i only get to come out for 8 hours a day.

Date: 5,28,26

Signature: